UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ROBERT REIFSCHNEIDER,

    Plaintiff,

v.                                         Case No. 18-C-1105

DUSTIN R. KINGSLAND, et al.,

    Defendants.

## ORDER

On August 15, 2018, Plaintiff's case was dismissed without prejudice for failure to provide his trust account statement as directed. Plaintiff was, however, granted leave to move to reopen this action, provided he files the missing certified six-month trust account statement. On August 16, 2018, Plaintiff filed a motion to amend his complaint in this case, as well as a motion to have "all filings served". Pursuant to the dismissal entered in this case, ECF No. [4], both motions are terminated, as this case is currently closed.

Should Plaintiff provide the required trust account statement and move to reopen this case on or before September 5, 2018, he may refile his motions, if necessary.

**SO ORDERED** this   16th   day of August, 2018.

                                                 s/ William C. Griesbach
                                                 William C. Griesbach, Chief Judge
                                                 United States District Court